IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40659
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GUADALUPE BERLANGA-ESQUIVEL,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-97-CR-95-1
- - - - - - - - - -
February 10, 1998

Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Guadalupe Berlanga-Esquivel argues that the indictment to which he pleaded guilty did not allege that he had been convicted previously of a felony, he pleaded guilty to simple reentry, see 8 U.S.C. § 1326(a), and therefore, the increase to his sentence based on his prior felony conviction is improper. In light of controlling authority, see United States v. Vasquez-Olvera, 999 F.2d 943, 945-46 (5th Cir. 1993), the conviction and sentence are

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.